```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

HERBERT McCANTS, JR.,           :
                                :
     Plaintiff,                 :
                                :
vs.                             :         CIVIL ACTION 05-0099-M
                                :
JEFF PHILLIPS, INC. and         :
JAMES L. RACHEL,                :
                                :
     Defendants.                :
```

ORDER

This action comes before the Court on Plaintiff's Motion to Remand (Doc. 2). Jurisdiction has been invoked in this Court under 28 U.S.C. § 1332.

The facts were discussed in this Court's Order of June 3, 2005 (Doc. 18, pp. 1-2). In that Order, the Court also noted that the legal dispute, regarding the Motion to Remand, centered on whether Plaintiff was truly seeking damages of less than $75,000 (Doc. 18, pp. 3, 4-6). To aid the Court in reaching a decision on that issue, Plaintiff was given an opportunity to complete an affidavit, comporting with *Taylor v. Campbell*, 852 F.Supp. 978, 79-80 (M.D. Ala. 1994), which stated, among things, that McCants would limit his claims in this action to an amount below $75,000 (Doc. 18, pp. 5-6). Plaintiff was given until June 17, 2005 to file that affidavit; as of this date, it has not been filed.

As noted previously, the Court cannot find to a legal certainty that Plaintiff's possible damages are worth less than the jurisdictional minimum of $75,000 (Doc. 18, p. 5). *See St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938).  Therefore, Plaintiff's Motion to Remand is **DENIED** (Doc. 2).

DONE this 23rd day of June, 2005.

                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE